United States District Court 10/15/13
District of New Jersey

Case #1:13CV00332-RBK-AMD

Michelle E. Alfred

vs

State of New Jersey (in ect all)

RECEIVED
OCT 15 2013
AT 8:30
WILLIAM T. WALSH
CLERK

Michelle E Alfred
655 Absecon Blvd   Apt 606
Atlantic City N.J. 08401

Please see List

RECEIVED
OCT 15 2013
AT 8:30 M
WILLIAM T. WALSH
CLERK

10/15/13

I came to the Atlantic City police station on Sept 1, 2012 to file once again a cross complaint against a women by the name of Ibhade Ibhafidon who filed a false report against me. After I finished filing the report I was told by invesgatator clerk to what. I was there with my childrens futher Arthur Dennis who is my witness. There came out Sgt Brennum and with a female office by the name of Rebecca Seebrook. I was told I had a warrant by Sgt Brennum who also told me to pay $500 and I can R.O.R myself out. I spent 8 days in the county jail and upon being release on 9/8/12 I suffuered a heart attack ect.

### Action

After facts 1) I did not have a warrant at all 2) I went to court on 9/10/12 at muncipal court with judge Ward who only acknowledge that I was out. I never seen judge ward for anything before 9/10/12 3) Ms. C Witherspoon Stumpford who works next to judge it is a confict of intrest because she is related to Arthur Dennis. 5) I went to the prosecutors office in mayslanding spoke with det Bryan Ripley

10/15/13

who state to me that I did not have a warrant, I showed Mr. det Ripley that I was infact in the county I showed him bail papers. My rights where violated.

### Demand

I want a grand jury present I am also demanding $50 million in punitive damages for slander of my name, my character for me suffering an heart attack that could have killed me, emotion distress ect.

Michelle Alfred