<u>NOT FOR PUBLICATION</u>   (Doc. No. 20)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MICHELLE E. ALFRED, | : |
| Plaintiff, | : |
| v. | : Civil No. 13-332 (RBK/AMD) |
| STATE OF NEW JERSEY et al., | : **ORDER** |
| Defendants. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiff Michelle E. Alfred's ("Plaintiff") Motion for Default Judgment pursuant Fed. R. Civ. P. 55(b)(2) against Defendant Rebeca Seabrook (Doc. No. 20), and the Court having considered the moving papers, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment (Doc. No. 20) is **DENIED**.

Dated:  6/5/2015                                                             s/ Robert B. Kugler
                                                                                    ROBERT B. KUGLER
                                                                                    United States District Judge