# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHELLE ALFRED, | : | |
| Plaintiff, | : | Civ. No. 13-0332 (RBK) (AMD) |
| v. | : | |
| STATE OF NEW JERSEY, et al., | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

Plaintiff is proceeding *pro se* with a civil rights complaint. On March 24, 2016, this Court dismissed the amended complaint, but gave plaintiff thirty days to reopen this case by filing a proposed second amended complaint. On April 26, 2016, this Court received from plaintiff a request for an extension of time until May 5, 2016 in which to file her proposed second amended complaint. Good cause being shown, plaintiff's request will be granted.

Accordingly, IT IS this   28th   day of April, 2016,

ORDERED that plaintiff's request for an extension of time in which to file a proposed second amended complaint (Dkt. No. 35) is granted; and plaintiff may file a proposed second amended complaint on or before May 5, 2016; and it is further

ORDERED that the Clerk shall serve this Order on plaintiff by regular U.S. mail.

s/Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge